JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709
DANIEL J. COWHIG
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
*Attorneys for the United States of America*



DEC 12 2023

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | **CRIMINAL INDICTMENT** |
|---|---|
| Plaintiff, | Case No. 2:23-cr-234-JCM-DJH |
| vs. | |
| NOEL LYNN WATERS, | **VIOLATIONS:** |
| Defendant. | Count One: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Possession of a Firearm by a Prohibited Person |
| | Count Two: 18 U.S.C. §§ 922(g)(1) and 924(a)(8) – Possession of Ammunition by a Prohibited Person |
| | Count Three: 26 U.S.C. §§ 5861(d) and 5871 – Possession of an Unregistered Firearm Silencer or Muffler |

**THE GRAND JURY CHARGES THAT:**

## COUNT ONE
Possession of a Firearm by a Prohibited Person
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about October 20, 2023, in the State and Federal District of Nevada,

1

**NOEL LYNN WATERS,**

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Possession of Firearm by Prohibited Person (NRS 202.360.1) in the Eighth Judicial District Court, Clark County, Nevada, on or about January 18, 2022, in Case No. C-21-360758; Possession of Controlled Substance for Sale (HS 11378), in the Superior Court of California, County of Los Angeles, on or about April 16, 2018, in Case No. COM-TA145718; Unlawful Possession or Use of Tear Gas (PC 22810(a)), in the Superior Court of California, County of Los Angeles, on or about May 31, 2016, in Case No. LAX-SA092917; Possession of Controlled Substance for Sale (HS 11378), in the Superior Court of California, County of Los Angeles, on or about May 14, 2015, in Case No. SBA-YA092265; Felon in Possession of a Firearm (PC 29800(a)(1)), in the Superior Court of California, County of Los Angeles, on or about February 11, 2014, in Case No. XSW-YA087740; Possession of Controlled Substance While Armed with Firearm (HS 11370.1(a)), in the Superior Court of California, County of Los Angeles, on or about February 11, 2014, in Case No. XSW-YA086607, and; Transportation, Furnishing or Sale of Controlled Substance (HS 11379(a)), in the Superior Court of California, County of Los Angeles, on or about February 26, 2003, in Case No. YA054279, knowingly possessed firearms, that is: a privately manufactured 5.56x45mm semi-automatic pistol constructed from an EP Armory AR-15-pattern lower receiver bearing no serial number and a privately manufactured firearm silencer or muffler bearing no serial number, said possession being in and affecting interstate commerce and said firearms having been shipped and transported in interstate and international commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

/ / /

2

## COUNT TWO
Possession of Ammunition by a Prohibited Person
18 U.S.C. §§ 922(g)(1) and 924(a)(8)

On or about October 20, 2023, in the State and Federal District of Nevada,

### NOEL LYNN WATERS,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that is: Possession of Firearm by Prohibited Person (NRS 202.360.1) in the Eighth Judicial District Court, Clark County, Nevada, on or about January 18, 2022, in Case No. C-21-360758; Possession of Controlled Substance for Sale (HS 11378), in the Superior Court of California, County of Los Angeles, on or about April 16, 2018, in Case No. COM-TA145718; Unlawful Possession or Use of Tear Gas (PC 22810(a)), in the Superior Court of California, County of Los Angeles, on or about May 31, 2016, in Case No. LAX-SA092917; Possession of Controlled Substance for Sale (HS 11378), in the Superior Court of California, County of Los Angeles, on or about May 14, 2015, in Case No. SBA-YA092265; Felon in Possession of a Firearm (PC 29800(a)(1)), in the Superior Court of California, County of Los Angeles, on or about February 11, 2014, in Case No. XSW-YA087740; Possession of Controlled Substance While Armed with Firearm (HS 11370.1(a)), in the Superior Court of California, County of Los Angeles, on or about February 11, 2014, in Case No. XSW-YA086607, and; Transportation, Furnishing or Sale of Controlled Substance (HS 11379(a)), in the Superior Court of California, County of Los Angeles, on or about February 26, 2003, in Case No. YA054279, knowingly possessed ammunition, that is: 33 rounds of .223 Remington ammunition bearing a head stamp "PMC 223 REM", said possession being in and affecting interstate commerce and said ammunition having been shipped and transported in

3

interstate and international commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

### COUNT THREE
Possession of an Unregistered Firearm Silencer or Muffler
26 U.S.C. §§ 5861(d) and 5871

On or about October 20, 2023, in the State and Federal District of Nevada,

**NOEL LYNN WATERS,**

defendant herein, did knowingly possess a firearm silencer or muffler which is not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5861(d) and 5871.

**DATED:** this 12th day of December, 2023.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

JASON M. FRIERSON
United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney

4